UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20470-CIV-LENARD/DAMIAN

**VICTOR ARIZA**,

    Plaintiff,

vs.

**LA PAZ FUNERAL HOME, INC.**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

Dated:  March 1, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com<br><br>By  ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2024, a true and correct of the foregoing was electronically filed and served via e-mail and transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List:

Beth S Joseph, Esq.
MORGAN, LEWIS & BOCKIUS LP
600 Brickel Avenue, Suite 1600
Miami, FL  33131-3075
(305) 415-3308
Beth.joseph@morganlaewis.com

*Attorneys for Defendant*
*LUXOTTICA OF AMERICA, INC.*
*d/b/a OAKLEY*

                                                    */s/ Roderick V. Hannah*
                                                        Roderick V. Hannah